COURT OF APPEALS OF VIRGINIA

Present: Judges Humphreys, O'Brien and Senior Judge Bumgardner

UNPUBLISHED

BIG LOTS STORES, INC. AND
  ARCH INSURANCE COMPANY

MEMORANDUM OPINION[*]
v.      Record No. 0206-15-2                                                              PER CURIAM
                                                                                                       JUNE 9, 2015
HOWARD CLUTE


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Nicholas P. Marrone; Semmes, Bowen & Semmes, P.C., on brief),
for appellants.

(Michael J. Beste; Reinhardt Harper Davis, PLC, on brief), for
appellee.


Big Lots Stores, Inc. and Arch Insurance Company (collectively "employer") appeal the

decision of the Workers' Compensation Commission ("commission") awarding Howard Clute

("claimant") a medical award for a right knee injury. On appeal, employer argues the

commission erred in determining claimant's benefits for the right knee injury was not barred by

the doctrine of res judicata. We have reviewed the record and the commission's opinions and

find that this appeal is without merit. Accordingly, we affirm for the reasons stated by the

commission in its opinions. See Clute v. Big Lots Stores, Inc., JCN VA00000420654 (June 5,

2014 and Jan. 14, 2015). We dispense with oral argument and summarily affirm because the

facts and legal contentions are adequately presented in the materials before the Court and

argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

                                                                                                         Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.